Samuel Denkowitz and Another, Copartners, etc., Respondents, v. Sidney Stern and Another, Copartners, etc., Appellants.— Judgment and

order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANTON SWENSON, Appellant, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.